UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24641-CV-MIDDLEBROOKS

JERRY MEANS,
    Plaintiff,

v.

M. REYES-BIVINS, *et al.*,
    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on United States Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation (DE 15) entered on June 7, 2021, recommending that this case be dismissed due to Plaintiff's failure to comply with court orders. Plaintiff filed objections to the Report on June 25, 2021. (DE 18). Upon an independent review of the Report, Plaintiff's objections, and the record as a whole, I agree with Magistrate Judge Otazo-Reyes's conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Otazo-Reyes's Report and Recommendation (DE 15) is **ADOPTED**.

(2) The Second Amended Complaint (DE 12) is **DISMISSED** without prejudice.

(3) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions as **MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida this 31st day of August, 2021.

Donald M. Middlebrooks
United States District Judge

cc:    Jerry Means, PRO SE
       J08714
       Dade Correctional Institution
       Inmate Mail/Parcels
       19000 SW 377th Street
       Florida City, FL 33034